# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**LINDA MAE VANDERPOOL,**

    **Plaintiff,**

**v.**                                                **No. 20-cv-0301 SMV**

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing [Doc. 21], in a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

 

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**